Bruce F. Fain
Nicholas A. Muñoz
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-3181
bfain@crowleyfleck.com
nmunoz@crowleyfleck.com

Enu Mainigi
Craig D. Singer
R. Kennon Poteat, III
A. Joshua Podoll
Dan Dockery (*PHV forthcoming*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington D.C. 20024
Telephone: (202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

*Attorneys for CVS Health Corporation,
CVS Pharmacy, Inc., Caremark Rx,
L.L.C., CaremarkPCS Health, L.L.C.,
and Caremark, L.L.C.*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, EX. REL., AUSTIN KNUDSEN, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | Cause No. CV-22-87-BMM<br><br>**CVS HEALTH CORPORATION'S MOTION TO DISMISS UNDER RULE 12(b)(2)** |

Defendant CVS Health Corporation ("CVS Health") respectfully moves this Court for an order dismissing the claims asserted against CVS Health in the First Amended Complaint (ECF No. 40) under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. CVS Health's motion is supported by the accompanying memorandum of law and declaration of Thomas S. Moffatt.

DATED this 23rd day of February, 2023.   Respectfully submitted,

/s/ Bruce Fain
Bruce F. Fain
Nicholas A. Muñoz
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-3181


/s/ R. Kennon Poteat, III
Enu Mainigi
Craig D. Singer
R. Kennon Poteat, III
A. Joshua Podoll
Dan Dockery (*PHV forthcoming*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington D.C. 20024
Telephone: (202) 434-5000

*Attorneys for CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C.*

**CERTIFICATE OF SERVICE**

      I certify that on February 23, 2023, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Montana using the Court's CM-ECF System, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Bruce Fain
Bruce F. Fain
Nicholas A. Muñoz
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-3181
bfain@crowleyfleck.com
nmunoz@crowleyfleck.com


/s/ R. Kennon Poteat, III
Enu Mainigi
Craig D. Singer
R. Kennon Poteat, III
A. Joshua Podoll
Dan Dockery (*PHV forthcoming*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington D.C. 20024
Telephone: (202) 434-5000

*Attorneys for CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C.*