Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & HUSO, P.C.
2812 1st Avenue North, Suite 225
Billings, MT 59101
Phone: (406) 252-5500
cmatovich@mkhattorneys.com
khuso@mkhattorneys.com

*Attorneys for UnitedHealth Group Incorporated and OptumInsight, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, ex rel., AUSTIN KNUDSEN, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | CV-22-00087-BMM<br><br>**UNITEDHEALTH GROUP INCORPORATED AND OPTUMINSIGHT, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**<br><br>**(ORAL ARGUMENT REQUESTED)** |

Defendants UnitedHealth Group Incorporated and OptumInsight, Inc. respectfully move the Court under Federal Rule of Civil Procedure 12(b)(2) for an order dismissing the Amended Complaint with prejudice for lack of personal jurisdiction. The basis for this motion is set forth in the accompanying brief.

1

Counsel for Plaintiff have been contacted and Defendants understand that Plaintiff opposes this motion.

## REQUEST FOR ORAL ARGUMENT

Defendants UnitedHealth Group Incorporated and OptumInsight, Inc. respectfully request oral argument on this motion.

DATED this 23rd day of February, 2023.

                MATOVICH, KELLER & HUSO, P.C.

                /s/ Katherine S. Huso
                Katherine S. Huso

                *Attorney for UnitedHealth Group Incorporated and OptumInsight, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2023, I served a copy of the foregoing on all counsel of record by filing this document with the Court's electronic filing (ECF) system, which automatically notifies all counsel of record.

MATOVICH, KELLER & HUSO, P.C.

/s/ Katherine S. Huso
Katherine S. Huso
