IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, *EX. REL.* AUSTIN KNUDSEN, ATTORNEY GENERAL<br><br>PLAINTIFF,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>DEFENDANTS. | CV-22-87-H-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing William Liston, III, Esq., to appear *pro hac vice* in this case with Jennifer M. Studebaker, Esq., designated as local counsel. (Doc. 121.) The application of Mr. Liston appears to be in compliance with L.R. 83.1(d). **IT IS ORDERED**:

Plaintiff's motion to allow Mr. Liston to appear on its behalf (Doc. 12) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Liston must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Liston, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Liston must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 19th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court