IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, *EXREL.*, AUSTIN KNUDSEN, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>Defendants. | CV 22-87-H-BMM<br><br>ORDER ON ELI LILLY AND COMPANY'S UNOPPOSED MOTION FOR MR. MOORMAN TO APPEAR BY VIDEO CONFERENCE FOR THE MAY 15, 2023 MOTIONS HEARING |

Upon Eli Lilly and Company's Unopposed Motion for Mr. Moorman to Appear by Video Conference for the May 15, 2023 Motions Hearing and with good cause shown, the Court hereby GRANTS the motion. Ryan J. Moorman, counsel for Eli Lilly and Company, may appear by ZOOM at the hearing scheduled for May 15, 2023. Ryan J. Moorman will contact the Clerk of Court's Office for the ZOOM link.

DATED thi 11th day of May, 2023.

Brian Morris, Chief District Judge
United States District Court